Total pages: 1
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

FILED
APR 2 1 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

Frank Italiane, Jr.
& Alicia Italiane,

Debtor(s).

Case No.: 11-63503-B-7

UNCLAIMED FUNDS

Please find submitted herewith check #5004 in the sum of $1,133.22, representing unclaimed funds in the above-named case. See below for the name and address of the claimant(s) entitled to said unclaimed funds.

Return of Debtors' funds - No Asset case

Frank Italiane, Jr. & Alicia Italiane
1133 Palo Alto
Tulare, CA 93274

Dated: 4/15/15

James Salven
Chapter 7 Trustee